IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

OWEN M. SULLIVAN,

      Plaintiff,                          3:12-cv-00457-HDM-WGC

  vs.                                   ORDER

AFSMCE, LOCAL 4041, a union local,

      Defendant.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

    Dated this 28th day of August, 2012.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE